# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                      Case Number: 07 C 6500

PETER CANGELOSI, as Special Administrator of the Estate of
CONCETTA CANGELOSI, Deceased
v.
M3 CAPITAL PARTNERS, E T AL

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SUNRISE SENIOR LIVING, INC., and SUNRISE ASSITED LIVING, INC.

| |
|---|
| NAME (Type or print) <br> DANIEL B. MILLS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Daniel B. MILLS |
| FIRM <br> PRETZEL & STOUFFER, CHARTERED |
| STREET ADDRESS <br> ONE SOUTH WACKER DRIVE SUITE 2500 |
| CITY/STATE/ZIP <br> CHICAGO ILLINOIS 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6201635 | TELEPHONE NUMBER <br> (312) 578-7524 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

# CERTIFICATE OF SERVICE

A copy of Defendants, Sunrise Senior Living, Inc. and Sunrise Assisted Living, Inc.'s, Attorney Appearance Form was filed electronically this 19th day of November, 2007. Notice of Filing will be sent to the below-listed attorney by operation of the Court's electronic filing system. Parties may access this filing through the court's electronic system.

**ATTORNEY FOR PLAINTIFF**
Mr. Lee P. Forman
Lee Phillip Forman, Ltd.
1301 West 22nd Street
Suite 603
Oak Brook, IL 60523
PH: (630) 575-1040
FX: (630) 575-9763
lee4man@sbcglobal.net