## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

PETER CANGELOSI, as Special Administrator of the Estate of CONCETTA CANGELOSI, Deceased

v.

M3 CAPTIAL PARTNERS, ET AL

Case Number:

**KC**

FILED
11-16-07
NOV 16 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SUNRISE SENIOR LIVING, INC, and SUNRISE ASSISTED LIVING, INC.

**07CV6500**
**JUDGE KENNELLY**
**MAGISTRATE JUDGE VALDEZ**

| | |
|---|---|
| NAME (Type or print) ROBERT E. SIDKEY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM PRETZEL & STOUFFER, CHARTERED | |
| STREET ADDRESS ONE SOUTH WACKER DRIVE SUITE 2500 | |
| CITY/STATE/ZIP CHICAGO, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6271444 | TELEPHONE NUMBER (312) 578-7489 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |