KC FILED NOV 16 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETER CANGELOSI, as Special Administrator of the Estate of CONCETTA CANGELOSI, Deceased,<br><br>           Plaintiff,<br><br>v.<br><br>M3 CAPITAL PARTNERS, a foreign corporation, formerly d/b/a MACQUARIE CAPITAL PARTNERS, a foreign corporation, in part successor to SUNRISE ASSISTED LIVING, INC., a foreign corporation both d/b/a SUNRISE NURSING HOMES a/k/a CHURCH CREEK NURSING HOME (a locally assumed name) and SUNRISE SENIOR LIVING, INC., a foreign corporation and SUNRISE ASSISTED LIVING INC., both d/b/a SUNRISE NURSING HOMES a/k/a CHURCH CREEK NURSING HOMES,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   07CV6500<br>)   JUDGE KENNELLY<br>)<br>)   MAGISTRATE JUDGE VALDEZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ATTESTATION

I, Robert E. Sidkey, Esq, being first duly sworn on oath, deposes and states as follows:

1. He is the attorney for the defendants, SUNRISE SENIOR LIVING INC., and SUNRISE ASSISTED LIVING INC., in this cause.

2. He has prepared and read the Notice of Removal filed in this cause and has personal knowledge of the facts and matters contained in it; and

3. The facts and allegations contained in the Notice of Removal are true and correct to the best of his knowledge.

Respectfully submitted,

PRETZEL & STOUFFER, CHARTERED

By: _____
Robert E. Sidkey

SUBSCRIBED and SWORN to
before me on this __16th__ day of
_____November_____, 2007.

_____
NOTARY PUBLIC

OFFICIAL SEAL
CONNIE MCLEAN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-2-2011