## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6500 | **DATE** | 11/21/2007 |
| **CASE TITLE** | Cangelosi vs. M3 Capital Partners, et al. | | |

**DOCKET ENTRY TEXT**

The notice of removal in this case is defective in two respects: not all defendants have joined in the removal by signing the removal notice; and the notice fails to identify with specificity the partners and/or members of defendant M3 Capital Partners, or their states of citizenship. Removing defendant Sunrise Assisted Living, Inc. is ordered to show cause in writing by no later than 11/30/07 why the case should not be remanded to state court.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|