# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| | |
|---|---|
| NAME (Type or print) LEE PHILLIP FORMAN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ "s/" | |
| FIRM   LEE PHILLIP FORMAN LTD | |
| STREET ADDRESS   1301 W. 22ND STREET | |
| CITY/STATE/ZIP   OAK BROOK ILLINOIS 60523 | |
| ID NUMBER   0848883 (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER 630 575 1040 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES X    NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES    NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES X    NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL         APPOINTED COUNSEL | |

PDF Create! 4 Trial www.nuance.com