IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PETER CANGELOSI as Special Administrator of the Estate of CONCETTA CANGELOSI Deceased )))) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| M3 CAPITAL PARTNERS, a foreign Corporation, ) | Case No: 07 CV 6500 |
| formerly d/b/a MACQUARIE CAPITAL PARTNERS, a ) | JUDGE KENELLY |
| foreign corporation ) | MAGISTRATE JUDGE |
| ) | VALDEZ |

NOTICE OF VOLUNTARY DISMISSAL WITH
PREJUDICE PURSUANT TO RULE 41 (a) (1)

COMES NOW the Plaintiff, PETER CANGELOSI AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CONCETTA CANGELOSI, DECEASED, by and through his attorney, LEE PHILLIP FORMAN, LTD., gives notice of a voluntary dismissal with prejudice pursuant to RULE 41(a)(1) of the Federal Rules of Civil Procedure and voluntarily dismisses with prejudice Defendant M3 CAPITAL PARTNERS and states as follows:

1.   M3 Capital Partners was added in error, and plaintiff will move to amend the complaint to add the proper party Defendants.

                              LEE PHILLIP FORMAN LTD

                              BY:_____"S/"_____

LEE PHILLIP FORMAN LTD.
Attorney for Plaintiff
1301 W. 22nd Street
Oak Brook Illinois 60523
630 575 1040

## **CERTIFICATE OF SERVICE**

The undersigned LEE PHILLIP FORMAN, an attorney on oath affirms that all parties listed beneath have been provided a copy of PLAINTIFF'S NOTICE OF VOLUNTARY DIMISSAL, by consigning for deliver by deposition in the U.S. Mail at 1301 W. 22nd Street Oak Brook Illinois 60523 and by facsimile

_____

Dated: _____

PRETZEL & STOUFFER, CHARTERED
Robert Sidkey
One S. Wacker Drive Suite 2500
Chicago Illinois
312 346 8242

WINSTON & STRAWN LLP
Mr. Dane Drobny
35 W. Wacker Dr.
Chicago, IL  60601
312 558 5700