# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6500 | **DATE** | 11/30/2007 |
| **CASE TITLE** | Cangelosi vs. M3 Capital Partners | | |

**DOCKET ENTRY TEXT**

In response to the Court's order to show cause dated 11/21/07, counsel for certain defendants has submitted a letter to chambers. Defendants' response to the order to show cause must be in a document filed with the Clerk, not a letter that does not become part of the record in the case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|