IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| PETER CANGELOSI as Special Administrator of the Estate of CONCETTA CANGELOSI Deceased | ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) | |
| M3 CAPITAL PARTNERS, a foreign Corporation, formerly d/b/a MACQUARIE CAPITAL PARTNERS, a foreign corporation, in part successor to SUNRISE ASSISTED LIVING INC. a foreign Corporation and SUNRISE SENIOR LIVING INC. a foreign Corporation both d/b/a SUNRISE NURSING HOMES a/k/a CHURCH CREEK NURSING HOME (a locally assumed name) and SUNRISE SENIOR LIVING INC. a foreign Corporation and SUNRISE ASSISTED LIVING Inc. both d/b/a SUNRISE NURSING HOMES a/k/a CHURCH CREEK NURSING HOME | ) ) ) ) ) ) ) ) ) ) ) ) | Case No: 07 CV 6500 JUDGE KENELLY MAGISTRATE JUDGE VALDEZ |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41 (a) (1)**

COMES NOW the Plaintiff, PETER CANGELOSI AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CONCETTA CANGELOSI, DECEASED, by and through his attorney, LEE PHILLIP FORMAN, LTD., gives notice of a voluntary dismissal pursuant to RULE 41 (a) (1) of the Federal Rules of Civil Procedure and moves to voluntarily dismiss the defendants, SUNRISE SENIOR LIVING INC. a foreign corporation both d/b/a SUNRISE NURSING HOMES a/k/a CHURCH CREEK NURSING HOME (a locally assumed name) and SUNRISE SENIOR LIVING INC. a foreign Corporation and SUNRISE ASSISTED LIVING Inc. both d/b/a SUNRISE NURSING HOMES a/k/a CHURCH CREEK NURSING HOME and will by additional agreed motion filed at the same time move for further leave to file an AMENDED COMPLAINT adding proper parties defendants, SUNRISE SENIOR LIVING SERVICES INC, a Delaware

Corporation d/b/a CHURCH CREEK NURSHING HOME and SUNRISE CONTINUING CARE L.L.C Licensee of DCHURCH CREEK NURSING HOME and for grounds states as follows:

1. That the parties in the complaint file were added in error after research, which was faulty resulted in the complaint being filed.

2. That the true Defendants, SUNRISE SENIOR LIVING SERVICES INC, a Delaware Corporation d/b/a CHURCH CREEK NURSHING HOME and SUNRISE CONTINUING CARE L.L.C Licensee of CHURCH CREEK NURSING HOME have retained PRETZEL & STOUFFER, CHARTERED and have appeared for the parties to be dismissed and have disclosed the proper names of the party defendants.

WHEREFORE, Plaintiff moves this honorable Court for an order voluntarily dismissing SUNRISE SENIOR LIVING INC. a foreign corporation both d/b/a SUNRISE NURSING HOMES a/k/a CHURCH CREEK NURSING HOME (a locally assumed name) and SUNRISE SENIOR LIVING INC. a foreign Corporation and SUNRISE ASSISTED LIVING Inc. both d/b/a SUNRISE NURSING HOMES a/k/a CHURCH CREEK NURSING HOME named in error.

                                              LEE PHILLIP FORMAN LTD

                                              BY:_____"s/"_____

LEE PHILLIP FORMAN LTD.
Attorney for Plaintiff
1301 W. 22nd Street
Oak Brook Illinois 60523
630 575 1040

**CERTIFICATE OF SERVICE**

      The undersigned LEE PHILLIP FORMAN, an attorney on oath affirms that all parties listed beneath have been provided a copy of PLAINTIFF'S NOTICE OF VOLUNTARY DIMISSAL AND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT , by consigning for deliver by Deposition in the U.S. Mail at 1301 W. 22nd Street Oak Brook Illinois 60523 and by facsimile

_____

Dated: _____

To:    PRETZEL & STOUFFER, CHARTERED
        Robert Sidkey
        One S. Wacker Drive Suite 2500
        Chicago Illinois
        312 346 8242