IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PETER CANGELOSI as Special Administrator of the Estate of CONCETTA CANGELOSI Deceased )<br>Plaintiff, )<br>)<br>Vs. )<br>M3 CAPITAL PARTNERS, a foreign Corporation, )<br>formerly d/b/a MACQUARIE CAPITAL PARTNERS, a )<br>foreign corporation, in part successor to SUNRISE )<br>ASSISTED LIVING INC. a foreign Corporation )<br>and SUNRISE SENIOR LIVING INC. a foreign )<br>Corporation both d/b/a SUNRISE NURSING HOMES )<br>a/k/a CHURCH CREEK NURSING HOME (a locally ) | Case No: 07 CV 6500<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE<br>VALDEZ |

**NOTICE OF AGREED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT WITH SUMMONS TO ISSUE**

**PLEASE TAKE NOTICE** that on the 20th Day of December (Thursday) we shall appear before the honorable JUDGE MATTHEW F. KENNELLY in room 2103 of the United States District Court for the Northern District of Illinois at 219 S. Dearborn Chicago Ill 60604 at 9:30 AM and present our Agreed Motion for Leave to File an Amended Complaint a copy of which is hereby served upon you by both electronic mail and United States Mail.

          LEE PHILLIP FORMAN LTD

          BY:_____"s/"_____

LEE PHILLIP FORMAN LTD.
Attorney for Plaintiff
1301 W. 22nd Street
Oak Brook Illinois 60523
630 575 1040

## **CERTIFICATE OF SERVICE**

The undersigned LEE PHILLIP FORMAN, an attorney on oath affirms that all parties listed beneath have been provided a copy of PLAINTIFF'S NOTICE OF VOLUNTARY DIMISSAL AND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT , by consigning for deliver by Deposition in the U.S. Mail at 1301 W. 22nd Street Oak Brook Illinois 60523 and by facsimile

_____ "s/" Lee Forman

Dated: _____ 12/13/07

To:    PRETZEL & STOUFFER, CHARTERED
        Robert Sidkey
        One S. Wacker Drive Suite 2500
        Chicago Illinois
        312 346 8242