IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PETER CANGELOSI as Special Administrator of the Estate of CONCETTA CANGELOSI Deceased<br>　　　　　　Plaintiff,<br><br>　Vs.<br>M3 CAPITAL PARTNERS, a foreign Corporation, formerly d/b/a MACQUARIE CAPITAL PARTNERS, a foreign corporation, in part successor to SUNRISE ASSISTED LIVING INC. a foreign Corporation and SUNRISE SENIOR LIVING INC. a foreign Corporation both d/b/a SUNRISE NURSING HOMES a/k/a CHURCH CREEK NURSING HOME (a locally assumed name) and SUNRISE SENIOR LIVING INC. a foreign Corporation and SUNRISE ASSISTED LIVING Inc. both d/b/a SUNRISE NURSING HOMES a/k/a CHURCH CREEK NURSING HOME | Case No: 07 CV 6500<br>JUDGE KENELLY<br>MAGISTRATE JUDGE<br>VALDEZ |

**AGREED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT WITH SUMMONS TO ISSUE**

COMES NOW the Plaintiff, PETER CANGELOSI AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CONCETTA CANGELOSI, DECEASED, by and through his attorney, LEE PHILLIP FORMAN, LTD., and after having given notice of a voluntary dismissal pursuant to RULE 41 (a) (1) of the Federal Rules of Civil Procedure of defendants, SUNRISE SENIOR LIVING INC. a foreign corporation both d/b/a SUNRISE NURSING HOMES a/k/a CHURCH CREEK NURSING HOME (a locally assumed name) and SUNRISE SENIOR LIVING INC. a foreign Corporation and SUNRISE ASSISTED LIVING Inc. both d/b/a SUNRISE NURSING HOMES a/k/a CHURCH CREEK NURSING HOME named in error now moves with the agreement of PRETZEL & STOFFER attorneys for Defendants for further leave to file an AMENDED COMPLAINT as attached adding the proper parties defendants, SUNRISE SENIOR

LIVING SERVICES INC, a Delaware Corporation d/b/a CHURCH CREEK NURSHING HOME and SUNRISE CONTINUING CARE L.L.C Licensee of DCHURCH CREEK NURSING HOME and for grounds states as follows:

1. That the parties in the complaint file were added in error after research, which was faulty resulted in the complaint being filed.

2. That the true Defendants, SUNRISE SENIOR LIVING SERVICES INC, a Delaware Corporation d/b/a CHURCH CREEK NURSHING HOME and SUNRISE CONTINUING CARE L.L.C Licensee of CHURCH CREEK NURSING HOME have retained PRETZEL & STOUFFER, CHARTERED and have appeared for the parties to be dismissed and have disclosed the proper names of the party defendants and have agreed to allow Plaintiff to file an amended complaint naming the correct parties defendant.

WHEREFORE, Plaintiff moves this honorable Court for an order granting leave to Plaintiff to file instanter an AMENDED COMPLAINT, adding the true parties Defendants SUNRISE SENIOR LIVING SERVICES INC, a Delaware Corporation d/b/a CHURCH CREEK NURSHING HOME and SUNRISE CONTINUING CARE L.L.C Licensee of DCHURCH CREEK NURSING HOME with summons to issue.

                                      LEE PHILLIP FORMAN LTD

                                      BY:_____"s/"_____

LEE PHILLIP FORMAN LTD.
Attorney for Plaintiff
1301 W. 22nd Street
Oak Brook Illinois 60523
630 575 1040

## **CERTIFICATE OF SERVICE**

      The undersigned LEE PHILLIP FORMAN, an attorney on oath affirms that all parties listed beneath have been provided a copy of PLAINTIFF'S NOTICE OF VOLUNTARY DIMISSAL AND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT , by consigning for deliver by Deposition in the U.S. Mail at 1301 W. 22nd Street Oak Brook Illinois 60523 and by facsimile

_____"s/" Lee Forman

Dated: _____ 12/13/07

To:    PRETZEL & STOUFFER, CHARTERED
        Robert Sidkey
        One S. Wacker Drive Suite 2500
        Chicago Illinois
        312 346 8242