IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PETER CANGELOSI as Special ) | |
| Administrator of the Estate of CONCETTA CANGELOSI ) | |
| Deceased ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| M3 CAPITAL PARTNERS, a foreign Corporation, ) | Case No: 07 CV 6500 |
| formerly d/b/a MACQUARIE CAPITAL PARTNERS, a ) | JUDGE KENELLY |
| foreign corporation, in part successor to SUNRISE ) | MAGISTRATE JUDGE |
| ASSISTED LIVING INC. a foreign Corporation ) | VALDEZ |
| and SUNRISE SENIOR LIVING INC. a foreign ) | |
| Corporation both d/b/a SUNRISE NURSING HOMES ) | |
| a/k/a CHURCH CREEK NURSING HOME (a locally ) | |
| assumed name) and SUNRISE SENIOR LIVING INC. ) | |
| a foreign Corporation and SUNRISE ASSISTED ) | |
| LIVING Inc. both d/b/a SUNRISE NURSING HOMES ) | |
| a/k/a CHURCH CREEK NURSING HOME ) | |

**ATTESTATION**

**I** LEE PHILLIP FORMAN, esq, being first duly sworn on oath depose and state as follows:

**1.**   That I am the attorney for the Plaintiff, PETER CANGELOSI as Special Administrator of the Estate of CONCETTA CANGELOSI, Deceased in this cause of action.

2.   That I have read and prepared the Motion for leave to file an Amended Complaint and Notice of voluntary Dismissal Pursuant to Rule 41 (a) (1) and that I have personal knowledge of the facts and matters contained in it and:

3.   That the facts and allegations contained in the Notice of Motion and Motion are true and correct to the best of my knowledge.

4.  That Robert Sidkey of PRETZEL & STOUFFER CHARTERED is the only attorney that has filed an appearance in this litigation and that he is in full agreement with the motions made by Plaintiff herein to both dismiss the parties improperly named and substituted the proper parties with summons to issue.

Respectfully submitted

LEE PHILLIP FORMAN LTD

By:_____ "/s"
        Lee Phillip Forman

Subscribed and Sworn to
Before me on this____ day
of _____ 2007
NOTARY PUBLIC

                         LEE PHILLIP FORMAN LTD

                         BY:_____"s/"

LEE PHILLIP FORMAN LTD.
Attorney for Plaintiff
1301 W. 22nd Street
Oak Brook Illinois 60523
630 575 1040
0848883

## CERTIFICATE OF SERVICE

The undersigned LEE PHILLIP FORMAN, an attorney on oath affirms that all parties listed beneath have been provided a copy of PLAINTIFF'S NOTICE OF VOLUNTARY DIMISSAL, by consigning for deliver by deposition in the U.S. Mail at 1301 W. 22nd Street Oak Brook Illinois 60523 and by facsimile

_____

Dated: _____

PRETZEL & STOUFFER, CHARTERED
Robert Sidkey
One S. Wacker Drive Suite 2500
Chicago Illinois
312 346 8242