**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Peter Cangelosi
                                  Plaintiff,

v.                                                   Case No.: 1:07−cv−06500
                                                           Honorable Matthew F. Kennelly

Sunrise Assisted Living, Inc., et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 18, 2008:

      MINUTE entry before Judge Matthew F. Kennelly :Status hearing pursuant to Rule 16(b) held on 1/18/2008 with attorneys for both sides. All pending motions are terminated as moot. The case is voluntarily dismissed without prejudice and will be refiled under a new case number, naming the proper defendants. Initial status on newly filed case is set to 2/21/2008 at 9:00 AM. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.